IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES M. WHITE                                                                                          PLAINTIFF

v.                                                                              CIVIL ACTION NO. 3:06cv351TSL-JCS

W.T. GALYEAN, WILLIAM B. ALLEN
AND JACKSON PAPER COMPANY                                                               DEFENDANTS


AGREED FINAL JUDGMENT
OF DISMISSAL WITH PREJUDICE

CAME BEFORE THE COURT, the joint *ore tenus* motion of all the Parties to this Action, for entry of this Agreed Final Judgment of Dismissal with Prejudice. The Parties have represented to the Court that they have compromised and settled all claims in this suit to their respective satisfaction. Accordingly, this Court FINDS that the motion for entry of a judgment of dismissal with prejudice is well-taken and should be granted.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

(1) All of the Parties' claims which were asserted, or which could have been asserted, in this Action are dismissed with prejudice;

(2) This Court maintains jurisdiction over this matter for the sole purpose of enforcing the settlement agreement among the Parties, which is hereby incorporated by reference; and

(3) Each Party shall bear his, her or its own costs, expenses and attorneys' fees.

SO ORDERED, this the 8th day of November, 2006.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s Timothy M. Threadgill
TIMOTHY M. THREADGILL (MB #8886)
COUNSEL FOR JACKSON PAPER COMPANY,
W.T. GALYEAN, AND WILLIAM B. ALLEN

/s Henry E. Chatham, Jr.
HENRY E. CHATHAM, JR. (MB #5973)
COUNSEL FOR JAMES M. WHITE


Jackson 1713167v.1